76,283-06

Nov. 3. 2015

Honorable Court Clerk
Texas Court Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta, Clerk

RE: No WR-76,283-06 / CAUSE No 35498C

Dear Honorable Clerk:

I need to purchase a copy of all of my exhibits for the above mentioned cause/case No.. Would you please let me know the cost so I can start that process. Thank you.

Sincerly,

Steven Backstrom
TDCJ # 1657938
Clements Unit
9601 Spur 591
Amarillo, TX 79107